FILED
2022 Nov-15  AM 09:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | | |
|---|---|---|
| **VERBA MAE SANDERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.:** |
| **v.** | ) | |
| | ) | |
| **WALKER COUNTY BOARD EDUCATION,** | ) | **JURY DEMAND OF** |
| | ) | |
| **Defendant.** | ) | |

## COMPLAINT

## I.  JURISDICTION AND VENUE

1.      This is a suit to obtain relief for race discrimination in employment, under 42 U.S.C. § 1981 and Title VII of the Civil Rights Act of 1964, as amended.

2.      The jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 1331 (federal question), 1343 (4) and 28 U.S.C. §§ 2201 and 2202.

3.      Venue is proper pursuant to 28 U.S.C. § 1391 (all parties are located within the Northern District of Alabama, Western Division).

4.      This is a suit authorized and instituted pursuant to 42 U.S.C. § 1981, as amended, 42 U.S.C. § 1983, and Title VII of the Act of Congress known as the "Civil Rights Act of 1964," as amended, including the Civil Rights Act of

1

1991 or 42 U.S.C. 2000(e) *et. seq.* The jurisdiction of this Court is invoked to secure protection for and to redress the deprivation of the rights secured by these statutes, providing injunctive and other relief against race discrimination in employment. Jurisdiction of this Court is also invoked by 42 U.S.C. §1983 providing relief for violations of federal Constitutional or statutory rights.

## II.  PARTIES

5.      Plaintiff, Verba "Mae" Sanders ("Sanders), is an African-American, citizen of the United States and is a resident of Carbon Hill, Alabama.

6.      Defendant, Walker County Board of Education ("The Board" or "BOE"), is a governmental entity within the State of Alabama, is an entity subject to suit under 42 U.S.C. § 1981, is a person under color of state law subject to suit under 42 U.S.C. § 1983, is anemployer under Title VII.

7.      At all times relevant to this action, Defendant acted as the Sanders employer.

## III.  ADMINISTRATIVE REMEDIES

8.      There are no statutory prerequisites for either 42 U.S.C. § 1981 or 42 U.S.C. § 1983, and the claims are filed within 4 years of the alleged actions. 28 U.S.C. § 1658. *See also, See Jones v. R.R. Donnelley & Sons Co.,* 541 U.S. 369 (U.S. 2004); *Baker v. Birmingham Bd. of Educ.,* 531 F.3d 1336 (11th Cir.  2008).

9.    Sanders files this Complaint within the applicable statute of limitations.

10.    On August 31, 2020, within 180 days of the last discriminatory act of which Plaintiff complains, Plaintiff filed a Charge of Discrimination with the Equal Employment Opportunity Commission (hereinafter "EEOC"). (Exhibit A).

11.    On August 16, 2022, the Plaintiff received a Notice of Right to Sue from the EEOC, and Plaintiff has filed suit within (90) days of receipt of her Notice of Right to Sue. (Exhibit B).

12.    All administrative prerequisites for filing suit have been satisfied and Plaintiff is entitled to bring this action.

## IV.  STATEMENT OF PLAINTIFF'S FACTUAL ALLEGATIONS AND CLAIMS

13.    Sanders is an African-American female over the age of 19.

14.    In or around March 2017, Sanders began working for the BOE specifically at Oakman Middle School as a Cafeteria Cook.

15.    Sanders never had a write-up or evaluation while working for the Walker County Board of Education.

16.    In or around May 6, 2020, Suzanne Patton ("Patton")(white female), Sanders supervisor, told Sanders she was illiterate and incompetent.

17.    The following week, Sanders complained to Patton about her

3

degrading and offensive remarks.

18.     In or around May 18, 2020, Mr. Walte ("Walte") (white male), Principal of Oakman Middle School, called Sanders on the telephone and told her that the BOE sent him a letter regarding Sanders.

19.     Sanders immediately went to Oakman Middle School, to retrieve the letter.

20.     The letter was dated May 15, 2020 and stated that the BOE did not vote to renew Sanders employment for the upcoming 2021-2022 school year.

21.     After Sanders received the termination letter on May 18, 2020, she received a telephone call from Gay Scoles ("Scoles")(white female).

22.     Scoles informed Sanders that she obtained knowledge that the BOE terminated Sanders to transfer a white female named Brenda *Lnu* (last name unknown), into Sanders position.

23.     After Sanders was terminated she placed many telephone calls to speak with the Superintendent of Walker County Schools, Joel Haygood ("Haygood") (white male), to make inquiries concerning her termination.

24.     Haygood never returned Sanders telephone calls.

25.     Sanders applied for seven (7) different jobs in June 2020, all with the Walker County Board of Education.

26.     Each time Sanders received an email stating that the positions had

been filled by another job candidate.

27.     In all seven (7) positions Sanders applied for, a white person was hired to fill said position.

28.     In early August of 2020, Sanders applied for a Special Needs Assistant position in the Walker County School system.

29.     Around August 10, 2020, Sanders called the Principal of Parish Elementary School, Thomas Kyzer ("Kyzer") (white male), in order to interview for the Special Needs Assistant position.

30.     Sanders was told by Kyzer's secretary (white female) to call back at a later date because he was not in the office to take her telephone calls.

31.     Kyzer's secretary also told Sanders that Kyzer would begin to conduct interviews for the Special Needs Assistant position on August 12, 2020.

32.     Sanders called Kyzer's office on Wednesday, August 12, 2020, to schedule an interview for the Special Needs Assistant position.

33.     Again, Kyzer's secretary answered Sanders phone call.

34.     Kyzer's secretary quickly informed Sanders that the position had already been filled by another candidate and that Mr. Kyzer would like to thank her for applying.

35.     The Special Needs Assistant position was filled by a white candidate.

## COUNT I

## 42 U.S.C. § 1981/§1983 - RACE DISCRIMINATION IN EMPLOYMENT

36.     Sanders is an African-American female over the age of 19.

37.     In or around March 2017, Sanders began working for the BOE specifically at Oakman Middle School as a Cafeteria Cook.

38.     Sanders never had a write-up or evaluation while working for the Walker County Board of Education.

39.     In or around May 6, 2020, Suzanne Patton ("Patton")(white female), Sanders supervisor, told Sanders she was illiterate and incompetent.

40.     Sanders felt that Patton called Sanders those things because of her race.

41.     The following week, Sanders complained to Patton about her calling her degrading and offensive remarks.

42.     In or around May 18, 2020, Mr. Walte ("Walte") (white male), Principal of Oakman Middle School, called Sanders on the telephone and told her that the BOE sent him a letter regarding Sanders.

43.     On May 18, 2020, Sanders immediately went to Oakman Middle School, to retrieve the letter.

44.     The letter was dated May 15, 2020.

45.     The letter stated that the BOE did not vote to renew Sanders employment for the upcoming 2021 -2022 school year.

46.     After Sanders received the termination letter on May 18, 2020, she received a telephone call from Scoles (white female).

47.     Scoles informed Sanders that she obtained knowledge that the BOE terminated Sanders to transfer a white female named Brenda *Lnu* (last name unknown), into Sanders position.

48.     After Sanders was terminated she placed many telephone calls to speak with the Superintendent of Walker County Schools, Haygood (white male) to make inquiries concerning her termination.

49.     Sanders was never successful in reaching Haygood via telephone.

50.     Sanders applied for seven (7) jobs in June 2020, all with the Walker County School System.

51.     Defendant discriminated against Plaintiff based on her race, African-American.

52.     Plaintiff experienced unwanted and offensive conduct based on her race during her employment with Defendant.

53.     Plaintiff experienced disparate and adverse treatment because of her race with respect to the application of the Defendant's terms and conditions of

employment.

54.     Defendant discriminated against Plaintiff based on her race, African-American.

55.     Plaintiff suffered an adverse action because she is in a protected class, African-American.

56.     Sanders was terminated because of her race and replaced by a white employee outside of her protected class.

57.     The Board has a pattern and practice of retaining white employees over black employees.

58.     The Board treats black employees more adversely compared to white employees in the terms and conditions of employment.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests the entry of judgment under 42 U.S.C. §1981, against Defendant pursuant to an Order awarding:

a.  compensatory damages to be determined by the trier of fact;

b.  front-pay to be determined by the trier of fact;

c.  punitive damages to be determined by the trier of fact;

d.  nominal damages to be determined by the trier of fact;

e.  injunctive relief, including backpay and pre-judgment interest;

    f.  that relief which is fair, just, and equitable under the circumstances of

        this case;

    g.  reasonable attorney's fees; and

    h.  the costs of this suit.

**COUNT II**

**42 U.S.C. § 1981/§1983**

**RACE DISCRIMINATION - FAILURE TO HIRE IN EMPLOYMENT**

59.     Sanders is an African-American female over the age of 19.

60.     In or around March 2017, Sanders began working for the BOE specifically at Oakman Middle School as a Cafeteria Cook.

61.     Sanders never had a write-up or evaluation while working 3 years for the Walker County Board of Education.

62.     Sanders was terminated on May 18, 2020.

63.     Sanders applied for seven (7) jobs in June 2020, all with the Walker County School System.

64.     Each time Sanders received an email stating that the positions had been filled by another job candidate that was white.

65.     In early August 2020, Sanders applied for a Special Needs Assistant position in the Walker County Board of Education.

66.     Around August 10, 2020, Sanders called the Principal of Parish

Elementary School, Kyzer (white male) in order to interview for the Special Needs Assistant position.

67.    Sanders was told by Kyzer's secretary (white female) to call back at a later date because he was not in the office to take telephone calls.

68.    Sanders was also told by Kyzer's secretary that he would begin to conduct interviews for the Special Needs Assistant position, on August 12, 2020.

69.    Sanders called Kyzer's office on Wednesday, August 12, 2020, to set-up an interview for the Special Needs Assistant position that day.

70.    Again, Kyzer's secretary answered Sanders phone call.

71.    Kyzer's secretary quickly informed Sanders that the position had already been filled by another candidate.

72.    The position for Special Needs Assistant along with the jobs Sanders applied for in June 2020, were all filled by white candidates.

73.    Defendant discriminated against Plaintiff based on her race, African-American.

74.    Plaintiff experienced disparate and adverse treatment because of her race with respect to the application of the Defendant's terms and conditions of employment.

75.    Defendant discriminated against Plaintiff based on her race, African-

American.

76.     But-for plaintiff's race she would not have experienced disparate and adverse treatment.

77.     Plaintiff suffered an adverse action because she is in a protected class, African-American.

78.     The Board has failed to hire Sanders for a position in the Walker County School System because of her race.

79.     The Board has persistently hired white candidates instead of Sanders because of her race.

80.     The Board has a pattern and practice of hiring white employees over black employees.

81.     The Board treats black employees more adversely compared to white employees in the terms and conditions of employment.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests the entry of judgment under 42 U.S.C. §1981, against Defendant pursuant to an Order awarding:

a.  compensatory damages to be determined by the trier of fact;

b.  front-pay to be determined by the trier of fact;

c.  punitive damages to be determined by the trier of fact;

    d.  nominal damages to be determined by the trier of fact;

    e.  injunctive relief, including backpay and pre-judgment interest;

    f.  that relief which is fair, just, and equitable under the circumstances of this case;

    g.  reasonable attorney's fees; and

    h.  the costs of this suit.

## COUNT III
## TITLE VII - RACE DISCRIMINATION IN EMPLOYMENT

82.  Sanders is an African-American female over the age of 19.

83.  In or around March 2017, Sanders began working for the BOE specifically at Oakman Middle School as a Cafeteria Cook.

84.  Sanders never had a write-up or evaluation while working for the Walker County Board of Education.

85.  In or around May 6, 2020, Suzanne Patton ("Patton")(white female), Sanders supervisor, told Sanders she was illiterate and incompetent.

86.  Sanders felt that Patton called Sanders those things because of her race.

87.  The following week, Sanders complained to Patton about her calling

degrading and offensive remarks.

88.     In or around May 18, 2020, Mr. Walte ("Walte") (white male),
Principal of Oakman Middle School, called Sanders on the telephone and told her
that the BOE sent him a letter regarding Sanders.

89.     On May 18, 2020, Sanders immediately went to Oakman Middle
School, to retrieve the letter.

90.     The letter was dated May 15, 2020.

91.     The letter stated that the BOE did not vote to renew Sanders
employment for the upcoming 2021 -2022 school year.

92.     After Sanders received the termination letter on, she received a
telephone call from Scoles (white female).

93.     Scoles informed Sanders that she obtained knowledge that the BOE
terminated Sanders to transfer a white female named Brenda *Lnu* (last name
unknown), into Sanders position.

94.     After Sanders was terminated she placed many telephone calls to
speak with the Superintendent of Walker County Schools, Haygood (white male)
to make inquiries concerning her termination.

95.     Sanders was never successful in reaching Haygood via telephone.

96.     Sanders applied for seven (7) jobs in June 2020, all with the Walker

County School System.

97.    Defendant discriminated against Plaintiff based on her race, African-American.

98.    Plaintiff experienced unwanted and offensive conduct based on her race during her employment with Defendant.

99.    Plaintiff experienced disparate and adverse treatment because of her race with respect to the application of the Defendant's terms and conditions of employment.

100.    Defendant discriminated against Plaintiff based on her race, African-American.

101.    Plaintiff suffered an adverse action because she is in a protected class, African-American.

102.    Sanders was terminated because of her race and replaced by a white employee outside of her protected class.

103.    The Board has a pattern and practice of retaining white employees over black employees.

104.    The Board treats black employees more adversely compared to white employees in the terms and conditions of employment.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests

the entry of judgment under 42 U.S.C. §1981, against Defendant pursuant to an

Order awarding:

    a.  compensatory damages to be determined by the trier of fact;

    b.  front-pay to be determined by the trier of fact;

    c.  punitive damages to be determined by the trier of fact;

    d.  nominal damages to be determined by the trier of fact;

    e.  injunctive relief, including backpay and pre-judgment interest;

    f.  that relief which is fair, just, and equitable under the circumstances of this case;

    g.  reasonable attorney's fees; and

    h.  the costs of this suit.

## COUNT IV
## TITLE VII - RACE DISCRIMINATION - FAILURE TO HIRE - EMPLOYMENT

105.    Sanders is an African-American female over the age of 19.

106.    In or around March 2017, Sanders began working for the BOE specifically at Oakman Middle School as a Cafeteria Cook.

107.    Sanders never had a write-up or evaluation while working 3 years for the Walker County Board of Education.

108.   Sanders was terminated on May 18, 2020.

109.   Sanders applied for seven (7) jobs in June 2020, all with the Walker County School System.

110.   Each time Sanders received an email stating that the positions had been filled by another job candidate that was white.

111.   In early August 2020, Sanders applied for a Special Needs Assistant position in the Walker County Board of Education.

112.   Around August 10, 2020, Sanders called the Principal of Parish Elementary School, Kyzer (white male) in order to interview for the Special Needs Assistant position.

113.   Sanders was told by Kyzer's secretary (white female) to call back at a later date because he was not in the office to take telephone calls.

114.   Sanders was also told by Kyzer's secretary that he would begin to conduct interviews for the Special Needs Assistant position, on August 12, 2020.

115.   Sanders called Kyzer's office on Wednesday, August 12, 2020, to set-up an interview for the Special Needs Assistant position that day.

116.   Again, Kyzer's secretary answered Sanders phone call.

117.   Kyzer's secretary quickly informed Sanders that the position had already been filled by another candidate.

118.    The position for Special Needs Assistant along with the jobs Sanders applied for in June 2020, were all filled by white candidates.

119.    Defendant discriminated against Plaintiff based on her race, African-American.

120.    Plaintiff experienced disparate and adverse treatment because of her race with respect to the application of the Defendant's terms and conditions of employment.

121.    Defendant discriminated against Plaintiff based on her race, African-American.

122.    Plaintiff suffered an adverse action because she is in a protected class, African-American.

123.    The Board has failed to hire Sanders for a position in the Walker County School System because of her race.

124.    The Board has persistently hired white candidates instead of Sanders because of her race.

125.    The Board has a pattern and practice of hiring white employees over black employees.

126.    The Board treats black employees more adversely compared to white employees in the terms and conditions of employment.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests the entry of judgment under Title VII of the Civil Rights Act of 1964, as amended, against Defendant pursuant to an Order awarding:

a.  compensatory damages to be determined by the trier of fact;

b.  front-pay to be determined by the trier of fact;

c.  punitive damages to be determined by the trier of fact;

d.  nominal damages to be determined by the trier of fact;

e.  injunctive relief, including backpay and pre-judgment interest;

f.  that relief which is fair, just, and equitable under the circumstances of this case;

g.  reasonable attorney's fees; and

h.  the costs of this suit.

**PLAINTIFF HEREBY REQUESTS TRIAL BY STRUCK JURY**

*/s/ Blake Clifton Edwards*
State Bar ID No: ASB-5200-T60B
*Attorney for Plaintiff*
*/s/ Nicole Davis Edwards*
State Bar ID No: ASB-4832-B19D
*Attorney for Plaintiff*

**OF COUNSEL:**
EDWARDS & EDWARDS
ATTORNEYS AND MEDIATORS, PLLC
3603 Pine Lane SE, Suite C

Bessemer, Alabama 35022
Tel: (205) 549-1379
E-mail: nicole@edwardsattys.com
          blake@ edwardsattys.com


**PLAINTIFF'S ADDRESS**:
Ms. Verba "Mae" Sanders
c/o EDWARDS & EDWARDS ATTORNEYS AND MEDIATORS, PLLC
3603 Pine Lane SE, Suite C
Bessemer, Alabama 35022

**PLEASE SERVE DEFENDANT AT THE FOLLOWING ADDRESS:**
Walker County Board of Education
1710 Alabama Avenue, Unit 106
Jasper, AL 35501